IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. |
| | ) | 06-00044-01-CR-W-DW |
| FARROZ WEAVER, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION

On February 17, 2006, defendant moved for a judicial determination of mental competency. Defendant was examined by Ron Nieberding, Ph.D., licensed clinical psychologist, at the Metropolitan Correctional Center in Chicago, Illinois. On June 27, 2006, I held a competency hearing. Defendant was present, represented by Assistant Federal Public Defender Travis Poindexter. The government was represented by Assistant United States Attorney Bruce Clark. The parties stipulated to the findings of Dr. Nieberding (Tr. at 2-3).[1]

Based upon the uncontroverted evidence stipulated to by the parties in this case, I find that the defendant is competent to stand trial and to assist in his defense. Therefore, it is

---

[1] "Tr". refers to the transcript of the competency hearing.

RECOMMENDED that the court, after making an independent review of the record and applicable law, enter an order finding defendant competent to stand trial and to assist in his defense.

It is further

ORDERED that each party has until June 30, 2006, to file and serve specific objections (Tr. at 3-4).

/s/ Robert E. Larsen
ROBERT E. LARSEN
United States Magistrate Judge

Kansas City, Missouri
June 29, 2006

2